# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Christine Bernice Mullins,**

       **Plaintiff,**       CASE NUMBER: 13-10241
                                   HONORABLE VICTORIA A. ROBERTS
v.                                          MAG. R. STEVEN WHALEN

**Commissioner of Social Security,**

       **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 27, 2014, Magistrate Judge Whalen issued a Report and Recommendation [Doc. 21], recommending that Defendant's Motion for Summary Judgment [Doc. 18] be DENIED and Plaintiff's Motion for Summary Judgement [Doc. 13] be GRANTED and this case be remanded for an award of benefits. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

This matter is remanded for an award of benefits.

    **IT IS ORDERED**.

                                         S/Victoria A. Roberts
                                         Victoria A. Roberts
                                         United States District Judge

Dated: February 21, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 21, 2014.

S/Linda Vertriest
Deputy Clerk